UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WILLIAM NAIL,

    Plaintiff,

v.

AUTUMN SCHRAUBEN, et al.,

    Defendants.
_____/

Case No. 1:15-cv-177

HON. JANET T. NEFF

## **ORDER**

Plaintiff initiated this lawsuit on February 18, 2015 at which time the matter was assigned to United States District Judge Robert J. Jonker by random draw. On February 23, 2015, Judge Jonker issued an order that, in part, referred this matter to United States Magistrate Judge Hugh W. Brenneman, Jr. for handling of all matters under 28 U.S.C. § 636 and W.D. Mich. LCivR 72. (Dkt 7). On April 28, 2015, this case was deemed related to another case in this district, *Nail v. Myers, et al.*, Case No. 1:12-cv-1345, and reassigned to the undersigned. (Dkt 19). Pursuant to the plan for the District Judge/Magistrate Judge pairings for civil cases, Administrative Order Number 08-073, the undersigned is paired with United States Magistrate Judge Ellen S. Carmody. Accordingly, the referral of this matter to Magistrate Judge Brenneman is **VACATED**.

Furthermore, under 28 U.S.C. § 636 and W.D. Mich. LCivR 72, this case is referred to Magistrate Judge Ellen S. Carmody, U.S. District Court, 664 Ford Federal Building, 110 Michigan, N.W., Grand Rapids, Michigan, for handling of all matters under § 636(a) and § 636(b)(1)(A) and for submission of recommendations on dispositive motions under § 636(b)(1)(B)

**IT IS SO ORDERED**.


Dated: April 29, 2015                              /s/ Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge