

FILED - GR
May 1, 2015 1:14 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /        SCANNED BY: /

|  |  |
|---|---|
| DAVID WILLIAM NAIL, ) | Case No.: No. 1:15-cv-00177 |
| ) | |
| Plaintiff, ) | Hon. Hugh W. Brenneman |
| ) | Hon. Robert J. Jonker |
| vs. ) | |
| AUTUMN SCHRAUBEN, PENNY ADAMS, AMIE ) | |
| HUTCHEINS, AND OFFENDEX.COM, ONLINE ) | |
| DETECTIVE,COM, SORACHIVES.COM, AND ) | MOTION TO AMEND |
| SEXOFFENDERRECORD.COM aka Owned and ) | MOTION TO DISMISS |
| Operated by CHARLES RODRICK, BRENT ) | TO READ |
| OESTERBLAD, SARAH SHEA, an individual; WEB | MOTION TO DISMISS |
| EXPRESS LLC, AN ARIZONA LIMITED LIABILITY | WITH PREDJUDICE |
| COMPANY; AND LLC, AN ARIZONA LIMITED | |
| LIABILITY COMPANY, D/B/A/ OFFENDEX.COM., | |
| Defendants. | |

---

David W. Nail Pro Se Plaintiff
185 N. Behnke Road
Coldwater, MI 49036

1101 East Copeland Road
Montgomery, Michigan 49255
(517)227-8017

---

Joseph T. Froehlich (P71887)
Attorney for Defendant Schrauben
Michigan Department of Attorney General
Public Employment, Elections & Tort
P.O. Box 30736
Lansing, MI 48909
(517)373-6434

---

Caryn Margaret Nieman
Office of the Indiana Attorney General
Indiana Government Ctr., S, 5th Fl.
302 W Washington St.
Indianapolis, IN 46204
(317) 232-6297
Email: caryn.nieman@atg.in.gov
ATTORNEY TO BE NOTICED

Relying on Rule 15(a) Amended and Supplemental Pleadings, Defendant Sarah Shea requests that the Motion to Dismiss, read MOTION TO DISMISS WITH PREDJUDICE.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID WILLIAM NAIL,<br><br>Plaintiff,<br><br>vs.<br><br>AUTUMN SCHRAUBEN, PENNY ADAMS, AMIE HUTCHEINS, AND OFFENDEX.COM, ONLINE DETECTIVE,COM, SORACHIVES.COM, AND SEXOFFENDERRECORD.COM aka Owned and Operated by CHARLES RODRICK, BRENT OESTERBLAD, SARAH SHEA, an individual; WEB EXPRESS LLC, AN ARIZONA LIMITED LIABILITY COMPANY; AND LLC, AN ARIZONA LIMITED LIABILITY COMPANY, D/B/A/ OFFENDEX.COM.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: No. 1:15-cv-00177<br><br>Hon. Hugh W. Brenneman<br>Hon. Robert J. Jonker<br><br><br>MOTION TO DISMISS<br>WITH PREDJUDICE |

---

David W. Nail Pro Se Plaintiff
185 N. Behnke Road
Coldwater, MI 49036

1101 East Copeland Road
Montgomery, Michigan 49255
(517)227-8017

---

Joseph T. Froehlich (P71887)
Attorney for Defendant Schrauben
Michigan Department of Attorney General
Public Employment, Elections & Tort
P.O. Box 30736
Lansing, MI 48909
(517)373-6434

---

Caryn Margaret Nieman
Office of the Indiana Attorney General
Indiana Government Ctr., S, 5th Fl.
302 W Washington St.
Indianapolis, IN 46204
(317) 232-6297
Email: caryn.nieman@atg.in.gov
ATTORNEY TO BE NOTICED

DEFENDANT SARAH SHEA'S
MOTION TO DISMISS WITH PREDJUDICE

**MOTION TO DISMISS UNDER RULE 12(b)
FOR LACK OF JURISDICTION, IMPROPER VENUE, INSUFFICIENT
SERVICE OF PROCESS, OR FAILURE TO STATE A CLAIM**

The defendant moves to dismiss the action *with prejudice* because:

Defendant Sarah E. Shea, moves this Honorable Court to Dismiss Plaintiff David Nail's Compliant under Fed. R. CIV. P. 12.

1. The defendant has not been properly served as, I am not the Sarah Shea mentioned in the Complaint as shown by the attached Affidavit of Sarah Eden Shea (Exhibit A).

*Defendant incorporates the compliant by reference.*

Respectfully submitted,

*Sarah E Shea*

Sarah E. Shea
2353 E Fir St
Williams, AZ 86046
928-600-6775

Dated: April 24, 2015

CERTIFICATE OF SERVICE

I herby certify that on April 27, 2015, I mailed through US Mail he Clerk of the Court and all other parties.

*Sarah E Shea*

*Relying on Capital One Bank, N.A. Vs Czekal, 379 Ill App 3d 737 (2008) theKosydor court explained that the misnomer statute only applies when the party is correctly joined and served but merely called by the wrong name and in such cases the court had jurisdiction over the party and the judgment is good. But with mistaken identity the wrong person is joined and served and the court has not acquired personal jurisdiction over this person.*