**FILED - GR**
June 9, 2015 12:43 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc / SCANNED BY

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 11/09)

## SUMMONS IN A CIVIL
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David W. Nail

v.

Brent Oesterblad.

1:15-cv-177
Robert J. Jonker,
United States District Judge
Hugh W. Brenneman, Jr.,
U.S. Magistrate Judge

TO: Brent Oesterblad
ADDRESS: 23623 North Scottsdale Road-D3-218, Scottsdale, AZ 85255

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _21_ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court, whose address is indicated below.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David W. Nail,
1011 East Copeland Road,
Montgomery, MI, 49255
Phone (517) 227-8017

TRACEY CORDES, CLERK OF COURT

By: _____
(Deputy Clerk)

Dated: MAR 2015

- [X] 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
- [ ] P.O. Box 698, 229 Federal Building, Marquette, MI 49855
- [ ] B-35 Federal Building, 410 W. Michigan Ave, Kalamazoo, MI 49007
- [ ] 113 Federal Building, 315 W. Allegan, Lansing, MI 48933

## PROOF OF SERVICE

This summons for _CHARLES RODICK_ was received by me on _5/27/15_.

- [ ] I personally served the summons on the individual at _____ on _____.

- [ ] I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.

- [X] I served the summons on _ATTY. BARRY ROREX_, who is designated by law to accept service of process on behalf of _CHARLES RODICK_ on _6/2/15_.

- [ ] I returned the summons unexecuted because _____

- [ ] Other (specify): _____

My fees are $ _.47_ for travel and $ _65.00_ for services, for a total of $ _65.47_.

I declare under the penalty of perjury that this information is true.

Date: _6/2/15_

_DUSM N.E. A[lexander] #4976_
Server's Signature

Additional information regarding attempted service, etc.:

_DUSM NATHAN E. ALEXANDER #4976_
Server's printed name and title

_405 W. CONGRESS SUITE 2300 TUCSON, AZ 85701_
Server's address