Law Office of Barry W. Rorex, PLC
177 N. Church, Suite 1100
Tucson, Arizona 85701
(520) 495-7596
(520) 838-8061 (fax)
Barry W. Rorex AZ Bar No. 025910
Michael Harnden AZ Bar No. 029474
barry@brorexlaw.com; mike@brorexlaw.com
Attorneys for Defendants Charles Rodrick and WebExpress, LLC

In the United States District Court
for the Western District of Michigan,
Southern Division

| | | |
|---|---|---|
| David William Nail, | ) | Case No.: 1:15-cv-00177-JTN-ESC |
| | ) | |
| Plaintiff | ) | Motion to Appear Pro Hac Vice on a Temporary Basis |
| vs. | ) | |
| | ) | |
| Autumn Schrauben, et al., | ) | Hon. Janet T. Neff |
| | ) | |
| Defendants | ) | Assigned to Magistrate Judge Hon. Ellen S. Carmody |

The undersigned, on behalf of Defendants Charles Rodrick and WebExpress, LLC (captioned in the Complaint as "Web Express, L.L.C.") (hereafter, "Defendants"), hereby moves this Court, pursuant to WD Mich. LCivR 83.1(c)(iii), 83.1(e), 83.1(j) and 83.3(d), for permission to appear pro hac vice in this matter on behalf of the above-named Defendants. WD Mich. LCivR 83.1(c)(iii) allows for pro hac vice admission pending full admission to this Court's bar or in unusual circumstances. Contact information is provided below:

| | |
|---|---|
| Firm Name: | Law Office of Barry W. Rorex, PLC |
| Attorney: | Michael Harnden, Esq. |
| | Barry Rorex, Esq. |
| Address: | 177 N. Church Ave. |
| | Suite 1100 |
| | Tucson, AZ 85701 |
| Telephone: | (520) 495-7596 |
| Email: | mike@brorexlaw.com |
| | barry@brorexlaw.com |

///

///

///

1

By signing this document, the undersigned states and certifies the following:

1. My firm has been retained by the above-named Defendants to represent them in this matter;
2. I am an attorney licensed in the state of Arizona, am admitted to the Federal District of Arizona, am familiar with the procedures and requirements of civil litigation in Federal courts, and have practiced in Federal courts;
3. I have experience with the CM/ECF system;
4. I am familiar with those issues of this litigation related to my clients;
5. I have read and familiarized myself with this District's Local Rules and ensured the filings submitted in this matter are compliant with those Rules;
6. I am currently in the process of submitting my application for admission to this District including all relevant admission and payment information;
7. Temporary pro hac vice admission is necessary because my office was served on behalf of my clients on June 2nd, 2015 and their response to the Complaint in this matter is due tomorrow, June 23rd, 2015;
8. Good cause exists to grant temporary pro hac vice admission to ensure my clients' rights are protected and to comply with their obligations under the Fed. R. Civ. P.;
9. The response and it will be filed either later today or tomorrow;
10. I have contacted the Plaintiff via telephone and he does not oppose this motion.

For the above-cited reasons, good cause exists to permit the undersigned to appear pro hac vice on a temporary basis while his formal admission to the District's bar is pending.

RESPECTFULLY SUBMITTED this Monday, June 22, 2015.

/s/ Michael Harnden

Michael Harnden
Barry Rorex
Attorneys for Defendants
Charles Rodrick and WebExpress, LLC

2

## Certificate of Service

I hereby certify that on June 22, 2015, I mailed the foregoing to the Clerk's office for filing at the following address:

Hon. Ellen S. Carmody
% Clerk's Office
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

I further certify, pursuant to the agreement between the parties, that a copy of the foregoing was sent via email to Plaintiff.

/s/ Michael Harnden

Counsel for Defendants
Charles Rodrick and WebExpress, LLC