By signing this document, the undersigned states and certifies the following:

1. My firm has been retained by the above-named Defendants to represent them in this matter;
2. I am an attorney licensed in the state of Arizona, am admitted to the Federal District of Arizona, am familiar with the procedures and requirements of civil litigation in Federal courts, and have practiced in Federal courts;
3. I have experience with the CM/ECF system;
4. I am familiar with those issues of this litigation related to my clients;
5. I have read and familiarized myself with this District's Local Rules and ensured the filings submitted in this matter are compliant with those Rules;
6. I am currently in the process of submitting my application for admission to this District including all relevant admission and payment information;
7. Temporary pro hac vice admission is necessary because my office was served on behalf of my clients on June 2nd, 2015 and their response to the Complaint in this matter is due tomorrow, June 23rd, 2015;
8. Good cause exists to grant temporary pro hac vice admission to ensure my clients' rights are protected and to comply with their obligations under the Fed. R. Civ. P.;
9. The response and it will be filed either later today or tomorrow;
10. I have contacted the Plaintiff via telephone and he does not oppose this motion.

For the above-cited reasons, good cause exists to permit the undersigned to appear pro hac vice on a temporary basis while his formal admission to the District's bar is pending.

*Originally filed 6/22*

~~RESPECTFULLY SUBMITTED~~ this Thursday, July 2, 2015.

*Original signature sent*

_____
Michael Harnden
Barry Rorex
Attorneys for Defendants
Charles Rodrick and WebExpress, LLC

FILED - GR
July 6, 2015 11:19 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald  SCANNED BY

2

## Certificate of Service

I hereby certify that on July 2, 2015, I mailed the foregoing to the Clerk's office for filing at the following address:

Hon. Ellen S. Carmody
℅ Clerk's Office
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

I further certify, pursuant to the agreement between the parties, that a copy of the foregoing was sent via email to Plaintiff.

*[signature]*

Counsel for Defendants
Charles Rodrick and WebExpress, LLC

---

**Law Office Of Barry W. Rorex**

Signature Pages for Motion for Temporary Pro Hac - Rodrick (dated 6/22/15) & Web Express

Deliver:
✓ Original: Court. Clerk
___ Copy: Judge, 9th Floor
___ Copy: Opposing Party
___ Copy: Office Files

---

**Law Office Of Barry W. Rorex**

1:15-CV-177

Deliver:
___ Original: Court. Clerk
___ Copy: Judge, 9th Floor
___ Copy: Opposing Party
___ Copy: Office Files