any opinion arising out from Michigan in the 6th Circuit. The phrase appears exactly once in Michigan statute, under the Michigan State Natural Resources and Environmental Protection Act. *See* Mich. Comp. Laws § 324.20139. Only two cases cite that statute, one dismisses a civil claim based, in part, on the statute and the other states the statute only "authorizes <u>criminal prosecutions</u>[.]" *Cairns v. City of E. Lansing*, 738 N.W.2d 246, 252 (Mich. App. 2007) (emphasis added). "Criminal endangerment" is not a recognized cause of action in Michigan and the claim must be dismissed.

## II. Conclusion

As set forth in this Motion, all of Plaintiff's claims are subject to dismissal because they are barred by governing statute and case law, Plaintiff has failed to allege sufficient facts to plausibly state any claim for relief, or both. The Motion should be granted in its entirety and Plaintiff's claims against Defendants should be dismissed with prejudice.

*Originally filed 6/23*

FILED - GR
July 6, 2015 11:19 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald  SCANNED BY: /s/

~~RESPECTFULLY SUBMITTED~~ this Thursday, July 2, 2015.

*Original signature sent*

/s/ Michael Harnden

Michael Harnden
Barry Rorex
Counsel for Defendants
Charles Rodrick and Web Express, LLC

Law Office Of
Barry W. Rorex

*Signature pages for Motion to Dismiss – Rodrick & WebExpress (Dated 6/23/15)*

Deliver:
✓ Original: Court Clerk
___ Copy: Judge, 9th Floor
___ Copy: Opposing Party
___ Copy: Office Files

Law Office Of
Barry W. Rorex

1:15-cv-177

Deliver:
___ Original: Court Clerk
___ Copy: Judge, 9th Floor
___ Copy: Opposing Party
___ Copy: Office Files

23

## Certificate of Service

I hereby certify that on July 2, 2015, I mailed the foregoing to the Clerk's office for filing at the following address:

Hon. Ellen S. Carmody
℅ Clerk's Office
399 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

I further certify, pursuant to the agreement between the parties, that a copy of the foregoing was sent via email to Plaintiff.

*[signature]*

Counsel for Defendants
Charles Rodrick and Web Express, LLC