UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D AVID W ILLIAM N AIL ,

    Plaintiff,

v.

A UTUMN S CHRAUBEN , et al.,

    Defendants.
_____/

Hon. Janet T. Neff

Case No. 1:15-cv-00177

## **ORDER**

This matter is before the Court on the Motion for Admission Pro Hac Vice filed by Michael Harnden of the law firm of the Law Office of Barry W. Rorex, PLC (Dkt. 55). As stated in W.D. Mich. L.Civ.R. 83.1(c)(iii), this Court disfavors pro hac vice admission and prefers that all lawyers appearing before it become full members of the bar of the Court. Therefore:

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice (Dkt. 55) is **DENIED**. Michael Harnden may, however, practice pending actual admission to practice in this Court pursuant to the terms of W.D. Mich. L.Civ.R. 83.1(e).

Date: July 14, 2015

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    United States Magistrate Judge